UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEIFEI GU,<br><br>                          Plaintiff,<br><br>    -against-<br><br>THE CITY OF NEW YORK; DISTRICT ATTORNEY ALVIN BRAGG; CYRUS R. VANCE; JAVON HENRY; LISA FRANCHINI,<br><br>                          Defendants. | 24-CV-1522 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 9, 2024
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge